IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| NATHAN DEMARCUS RANGER, | * |
| Plaintiff, | * |
| v. | Case No.  5:20-cv-00233-MTT-CHW |
| | * |
| WARDEN CLINTON PERRY, et al., | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated August 31, 2021, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 1st day of September, 2021.

David W. Bunt, Clerk

s/ Tydra Miller, Deputy Clerk